CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3693
    FAX: (510) 637-3724
    Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE ~~OAKLAND~~ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:16-CR-00512-LHK |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| RHODEL SUDARIO ESCONDE, | |
| Defendant. | |

Leave is granted to the government to dismiss the Indictment against Defendant RHODEL SUDARIO ESCONDE. It is further ordered that the arrest warrant issued in connection with the Indictment in this case is quashed.

Date: September ~~22,~~ 29, 2025

                                                HONORABLE ~~ROBERT M. ILLMAN~~
                                                United States District Judge
                                                 TRINA L. THOMPSON

NOTICE OF DISMISSAL
*RHODEL SUDARIO ESCONDE*, 5:16-CR-00512 EXE